

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| PAUL EDWARD JOHNSON, | § | No. 08-17-00156-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20150D05061) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST, 2019.

TERRY JENNINGS, Senior Judge

Before McClure, C.J., Palafox, J., and Jennings, Senior Judge
Jennings, Senior Judge (Sitting by Assignment)